ADAM M. VANDER HEYDEN, ESQ.
Nevada bar # 10462
6590 South Rainbow Boulevard – Suite #110
Las Vegas, NV  89118
(702) 701-7800 (Phone)
(702) 701-7801 (Fax)
adam@duidoctor.com
Attorney for Defendant – STACIE RAPER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-mj-00134-DJA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| STACIE RAPER, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO AMEND CHARGE TO

## RECKLESS DRIVING AND CLOSE CASE

IT IS HEREBY STIPULATED AND AGREED by and between ADAM M. VANDER HEYDEN, ESQ. Counsel for Defendant STACIE RAPER and RACHEL KENT, Assistant United States Attorney, that the original charge Ms. Raper plead to (Operating a Motor Vehicle Under the Influence of Alcohol), be amended to an Unsafe Operation charge, and the case subsequently closed, as all requirements have been completed.  The parties hereby move the court:

This Stipulation is entered into for the following reasons:

1. Ms. Raper has successfully completed all terms of the plea agreement.

1

2. According to the terms of the plea agreement, the original charge Ms. Raper plead to (Operating a Motor Vehicle Under the Influence of Alcohol), is to be amended to an Unsafe Operation, and the case subsequently closed.

DATED: November 18, 2021,

*Adam Vander Heyden*
_____
ADAM M. VANDER HEYDEN, ESQ.
6590 S. Rainbow Blvd. – Suite #110
Las Vegas, Nevada 89118
Attorney for Defendant

/s/ Rachel Kent
_____
RACHEL KENT, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd South #1100
Las Vegas, Nevada 89101

2

ADAM M. VANDER HEYDEN, ESQ.
Nevada bar # 10462
6590 South Rainbow Boulevard – Suite #110
Las Vegas, NV  89118
(702) 701-7800 (Phone)
(702) 701-7801 (Fax)
adam@duidoctor.com
Attorney for Defendant – STACIE RAPER

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-mj-00134-DJA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| STACIE RAPER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the parties move the court:

This Stipulation is entered into for the following reasons:

1. Ms. Raper has successfully completed all terms of the plea agreement.

2. According to the terms of the plea agreement, the original charge Ms. Raper plead to (Operating a Motor Vehicle Under the Influence of Alcohol), is to be amended to an Unsafe Operation, and the case subsequently closed.

## **ORDER**

IT IS HEREBY ORDERED that the parties move the court in above-referenced matter to be amended from Operating a Motor Vehicle Under the Influence of Alcohol to an Unsafe Operation charge, and the case subsequently closed, as all requirements have been completed.

DATED this 22nd day of November 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE